IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENE ROBINSON,<br><br>        Plaintiff,<br><br>vs.<br><br>LINCOLN COUNTY COURT, and DEBRA MCCARTHY,<br><br>        Defendants. | 8:18CV85<br><br>**MEMORANDUM AND ORDER** |

On September 27, 2018, the court determined Plaintiff's Complaint (filing no. 1) failed to state a claim for relief and ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. (Filing No. 18.) Additionally, on October 5, 2018, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. (Filing No. 20.) To date, Plaintiff has not filed an amended complaint, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because the Complaint fails to state a claim and because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 8th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge